1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  R. THOMAS COLONNA
   Assistant United States Attorney
4  TAMER B. BOTROS
   Assistant United States Attorney
5  Nevada Bar No. 12183
   501 Las Vegas Blvd. South, Suite 1100
6  Las Vegas, Nevada 89101
   (702) 388-6336
7  richard.colonna@usdoj.gov
   tamer.botros@usdoj.gov
8
   *Attorneys for Federal Defendant*
9

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEIA MARTIN as Administrator of The Estate of Gregory Davis; CYRUS DAVIS individually and as heir of Greg E. Davis; NICHOLAS DAVIS, individually and as heir of Greg E. Davis,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA ex rel UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT,<br><br>            Defendants. | Case No. 2:24-cv-02116<br><br>**Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint.** |

　　　　Plaintiffs Leia Martin, Cyrus Davis, Nicole Davis, and the United States of America[1] (the "Parties") stipulate to and request a 30-day extension of time for the Defendants to file an answer or respond to Plaintiff's Complaint.

　　　　This extension is made in good faith. The Parties have been in communication regarding the best way to litigate this case. This extension will allow the Parties the additional time needed to consolidate cases as there is more than one case pending before the court arising out of the same incident/accident.

---

1  ///

2  ///

3  Accordingly, the Parties respectfully request that the deadline for the Defendants to file an answer or respond to Plaintiff's Complaint be extended to **February 19, 2025**.

Respectfully submitted this 13th day of January 2025.

| LAGOMARSINO LAW | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Andre M. Lagomarsino*<br>ANDRE M. LAGOMARSINO<br>Nevada Bar No. 6711<br>3005 W. Horizon Ridge Pkwy, Ste 241<br>Henderson, NV 89052<br><br>*Attorneys for Plaintiff* | */s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>R. THOMAS COLONNA<br>Assistant United States Attorneys<br><br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** January 13, 2025