# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

LEIA MARTIN, et al.

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

Defendants

Case No. 2:24-cv-02116-APG-EJY

**Order Granting Motion to Consolidate**

(ECF No. 10)

The parties move to consolidate two cases that arise out of the same incident. *See* Case No. 2:24-cv-02116-APG-EJY, ECF No. 10; Case No. 2:24-cv-2226-EJY, ECF No. 15. Courts may consolidate actions that involve common questions of law or fact. Fed. R. Civ. P. 42(a). The court has broad discretion over whether to consolidate, and in doing so "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

I THEREFORE ORDER that the motion to consolidate **(ECF No. 10) in 2:24-cv-02116-APG is GRANTED.** Case No. 2:24-cv-02116-APG-EJY and Case No. 2:24-cv-02226-EJY are consolidated, with Case No. 2:24-cv-02116-APG-EJY serving as the lead case. All further filings in these cases shall be filed in the lead case.

I FURTHER ORDER that Case No. 2:24-cv-02226-EJY is reassigned to Judge Gordon, with Judge Youchah remaining as the assigned magistrate judge, for all further proceedings.

DATED this 14th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE