SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
R. THOMAS COLONNA
Assistant United States Attorney
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
Tamer.Botros@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEIA MARTIN, et al,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al,<br><br>Defendants. | Case Nos. 2:24-cv-02116-APG-EJY<br><br>**Stipulation and Order to Extend Time for Defendants to File Answer to Plaintiffs' Respective Complaints** |

Plaintiffs, Leia Martin as Administrator of The Estate of Gregory Davis, Cyrus Davis, Nicholas Davis, Greg Davis, Jr., an individual and as heir of Greg Eugine Davis, Eric Orrantia, Carlos Cardenas and Defendants, United States of America, United States Department of The Interior Bureau of Land Management, Cody Negrette and Brad Sones (hereinafter "Parties") hereby stipulate to extend the time for the Federal Defendants to file an Answer to Plaintiffs' respective Complaints from February 11, 2025, to March 28, 2025.

The parties held a Fed. R. Civ. P. 26(f) conference on February 10, 2025, and agreed that an extension of 45 days for Federal Defendants to file an Answer to Plaintiffs' respective Complaints is warranted. This extension is made in good faith. This extension

will allow the undersigned counsel adequate time to file Answers to Plaintiffs' respective Complaints adequately and effectively.

Accordingly, the Federal Defendants respectfully request this extension of time, from February 11, 2025, to March 28, 2025, to file an Answer to Plaintiffs' respective Complaints.

Respectfully submitted this 13th day of February 2025.

| | |
|---|---|
| LAGOMARSINO LAW<br><br>*/s/ Andre M. Lagomarsino*<br>ANDRE M. LAGOMARSINO<br>*Attorneys for Plaintiffs*<br>Leia Martin as Administrator of The Estate of Gregory Davis, Cyrus Davis and Nicholas Davis | SUE FAHAMI<br>Acting United States Attorney<br><br>*/s/ R. Thomas Colonna*<br>R. THOMAS COLONNA<br>TAMER B. BOTROS<br>Assistant United States Attorneys<br>*Attorneys for Defendants* |
| MAIER GUTIERREZ & ASSOCIATES<br><br>*/s/ Jason R. Maier*<br>JASON R. MAIER<br>JOSEPH A. GUTIERREZ<br>JOHN M. QUINN<br>*Attorneys for Plaintiffs*<br>Greg Davis, Jr., an individual and as heir of Greg Eugine Davis, Eric Orrantia, and Carlos Cardenas | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: February 13, 2025