SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
Richard.Colonna@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEIA MARTIN as Administrator of The Estate of Gregory Davis; CYRUS DAVIS individually and as heir of Greg E. Davis; NICHOLAS DAVIS, individually and as heir of Greg E. Davis,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA *ex rel* UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT,<br><br>          Defendants.<br><br>GREG DAVIS, JR., an individual and as heir of Greg Eugine Davis; ERIC ORRANTIA, an individual; and CARLOS CARDENAS, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA ex rel UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT; CODY NEGRETTE, individually and in his official capacity; and BRAD SONES, individually and in his official capacity,<br><br>          Defendants. | Case No. 2:24-cv-02116-APG-EJY<br><br>Consolidated with:<br>Case No. 2:24-cv-02226-APG-EJY<br><br>**Stipulation to Amend and Update Case Caption and Docket Sheet** |

Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis, and Defendant United States of America, hereby stipulate to amend the caption that has the United States of America as the only named Defendant.

The basis for amending the caption is that the exclusive remedy for the alleged negligent or wrongful act or omission of an employee of the United States acting in the scope of office or employment under the Federal Tort Claims Act is an action against the United States. *See* 28 U.S. Code § 2679. Based on the parties' meet-and-confer efforts, the parties reached the following stipulations:

1. Under Federal Rule of Civil Procedure 15(a)(2), the parties respectfully request that the caption be amended to reflect that the United States of America is the only named Defendant.

2. That the case caption will be changed from Defendants to Defendant.

3. That the docket sheet be updated accordingly.

Respectfully submitted this 22nd day of April 2025.

| | |
|---|---|
| LAGOMARSINO LAW | SIGAL CHATTAH<br>United States Attorney |
| /s/ *Andre M. Lagomarsino*<br>ANDRE M. LAGOMARSINO<br>*Attorneys for Plaintiffs*<br>Leia Martin as Administrator of<br>The Estate of Gregory Davis,<br>Cyrus Davis and Nicholas Davis | /s/ *Tamer B. Botros*<br>TAMER B. BOTROS<br>R. THOMAS COLONNA<br>Assistant United States Attorneys<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

Dated: April 23, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE