Katrina M. Seeman
D.C. Bar No. 1672729
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0674
katrina.m.seeman@usdoj.gov

*Counsel for Defendants Cody Negrette and Brad Sones*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREG DAVIS, JR., *et al.*,<br><br>    *Consolidated Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    *Consolidated Defendants.* | No. 2:24-cv-02116-APG-EJY<br>No. 2:24-cv-02226-APG-EJY |

**JOINT STIPULATION OF DISMISSAL**

1  Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Carlos Cardenas; Greg Davis, Jr.,
2  individually and as heir of Greg Davis; and Eric Orrantia and Defendants Cody Negrette, Brad
3  Sones, and the United States of America jointly stipulate to the dismissal of all claims (including
4  Counts VI and VII) against Cody Negrette and Brad Sones in their individual capacities, with
5  prejudice. All other claims are unaffected by this stipulation. Each party shall bear their own fees
6  and costs.

Date:   April 11, 2025                     Respectfully submitted,

*/s/ John M. Quinn (with permission)*       YAAKOV M. ROTH
JASON R. MAIER                              Acting Assistant Attorney General
Nevada Bar No. 8557                         Civil Division
JOSEPH A. GUTIERREZ
Nevada Bar No. 9046                         C. SALVATORE D'ALESSIO, JR.

| | |
|---|---|
| JOHN M. QUINN<br>Nevada Bar No. 16609<br>MAIER GUTIERREZ & ASSOCIATES<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Counsel for Plaintiffs Greg Davis, Jr.,*<br>*an individual and as heir of Greg*<br>*Davis, Eric Orrantia, and*<br>*Carlos Cardenas* | Director, Torts Branch<br><br>PAUL E. WERNER<br>Senior Trial Counsel<br><br>*/s/ Katrina M. Seeman*<br>KATRINA M. SEEMAN<br>Trial Attorney<br>Torts Branch, Civil Division<br>United States Department of Justice<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-0674<br>katrina.m.seeman@usdoj.gov<br>*Counsel for Defendants Cody Negrette*<br>*and Brad Sones*<br><br>-and-<br><br>SIGAL CHATTAH<br>United States Attorney<br>Nevada Bar No. 8264<br><br>*/s/ R. Thomas Colonna (with permission)*<br>R. THOMAS COLONNA Assistant<br>United States Attorney TAMER B.<br>BOTROS<br>Assistant United States Attorney<br>Nevada Bar No. 12183<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>(702) 388-6336<br>Richard.Colonna@usgoj.gov<br>Tamer.Botros@usdoj.gov |

IT IS SO ORDERED:

Dated: __April 24, 2025__

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE