TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6552
Tamer.Botros@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEIA MARTIN as Administrator of The Estate of Gregory Davis; CYRUS DAVIS individually and as heir of Greg E. Davis; NICHOLAS DAVIS, individually and as heir of Greg E. Davis,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:24-cv-02116-APG-EJY<br><br>Consolidated with:<br>Case No. 2:24-cv-02226-APG-EJY<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>**(Second Request)** |
| GREG DAVIS, JR., an individual and as heir of Greg Eugine Davis; ERIC ORRANTIA, an individual; and CARLOS CARDENAS, an individual, Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | |

Pursuant to LR IA 6-1 and LR 26-3, the parties request one hundred and twenty (120) days extension of discovery deadlines, which is supported by grounds and circumstances set forth below. The parties have conducted discovery diligently and in good

faith. However, unforeseen circumstances that are out of the parties' control necessitate the request for this extension. This is the second request for an extension of the discovery deadlines.

This Court has recently granted counsel for Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis' Motions to Withdraw as Counsel. ECF Nos. 42, 44. On October 1, 2025, John M. Quinn, Esq., appeared on behalf of Plaintiff Cyrus Davis. ECF No. 45. Based on current information and knowledge, Plaintiffs Leia Anne Martin, Administrator of The Estate of Gregory Davis, Sr., and Nicholas Davis, are not represented by Counsel.

**A.    Request for Extension of Remaining Discovery Deadlines**

    **1.    Discovery and other matters completed to date**

        a.    The parties served their initial disclosures.

        b.    On March 25, 2025, Plaintiffs Leia Martin, Cyrus Davis, and Nicholas Davis served their first sets of interrogatories, requests for production and requests for admission to Defendant.

        c.    On April 4, 2025, Defendant United States served its first supplement to initial disclosures.

        d.    On April 22, 2025, Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis served their first supplement to initial disclosures.

        e.    On May 1, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas served their first supplement to initial disclosures.

        f.    On May 16, 2025, Defendant United States served its second supplement to initial disclosures.

        g.    On May 16, 2025, Defendant United States served its responses to Plaintiffs Leia Martin, Cyrus Davis, and Nicholas Davis' first sets of interrogatories, requests for production and requests for admission.

        h.    On May 22, 2025, Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis served their second supplement to initial disclosures.

      i.      On June 10, 2025, Defendant United States took the deposition of Yvonne Efverlund, the ex-wife of decedent Greg Davis, Sr.

      j.      On June 13, 2025, Defendant United States scheduled the deposition of Plaintiff Greg Davis, Jr. for August 14, 2025, and vacated it on August 11, 2025 due to his unavailability.

      k.      On June 26, 2025, Defendant United States took the deposition of Plaintiff Carlos Cardenas.

      l.      On June 30, 2026, Defendant United States took the deposition of Plaintiff Cyrus Davis.

      m.      On July 3, 2025, Defendant United States served its first sets of interrogatories and requests for production to Plaintiffs Leia Martin as Administrator of the Estate of Gregory Davis, Cyrus Davis and Nicholas Davis. Plaintiffs' responses are pending, and discovery was currently stayed until October 27, 2025 as to these Plaintiffs per this Court's Order ECF No. 44.

      n.      On July 3, 2025, Defendant United States served its first sets of interrogatories and requests for production to Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas and requested signed HIPAAs for Plaintiffs Eric Orrantia and Carlos Cardenas.

      o.      On July 10, 2025, Defendant United States scheduled the deposition of Plaintiff Nicholas Davis for August 12, 2025, and vacated it on August 7, 2025, due to his unavailability.

      p.      On July 11, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas served their second supplement to initial disclosures.

      q.      On July 22, 2025, Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis scheduled the deposition of Chief Ranger Sones for September 4, 2025, and vacated it on September 2, 2025.

        r.        On July 22, 2025, Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis scheduled the deposition of Cody Negrette for September 10, 2025, and vacated it on September 2, 2025.

        s.        On July 22, 2025, Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis scheduled the deposition of Ranger Todd Austin for September 17, 2025, and vacated it on September 2, 2025.

        t.        On July 22, 2025, Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis scheduled the deposition of Ranger Miles McCall for September 22, 2025, and vacated it on September 2, 2025.

        u.        On July 22, 2025, Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis scheduled the deposition of Ranger Kristin Waring for September 25, 2025, and vacated it on September 2, 2025.

        v.        On July 25, 2025, Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis served their third supplement to initial disclosures.

        w.        On August 8, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas served their responses to Defendant United States' first sets of interrogatories and requests for production. Plaintiffs provided a signed HIPAA for Plaintiff Carlos Cardenas. Defendant is awaiting to receive a signed HIPAA for Plaintiff Eric Orrantia, who is currently in prison.

        x.        On August 18, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas served their third supplement to initial disclosures.

        y.        On August 28, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas scheduled the deposition of Ranger Kristin Waring for September 25, 2025.

        z.        On August 28, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas scheduled the deposition of Cody Negrette for October 28, 2025.

        aa.        On August 28, 2025, Defendant United States scheduled the remote deposition of Plaintiff Eric Orrantia for October 8, 2025.

    bb. On September 16, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas served their fourth supplement to initial disclosures.

    cc. On September 23, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas scheduled the deposition of Chief Ranger Sones for November 13, 2025.

    dd. On September 25, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas took the deposition of Ranger Kristin Waring.

    ee. On October 1, 2025, Plaintiffs Greg Davis, Jr., Eric Orrantia, and Carlos Cardenas served their fifth supplement to initial disclosures.

**2. Discovery that remains to be completed**

    a. The deposition of Plaintiff Eric Orrantia was scheduled on October 8, 2025, but had to be vacated due to the lapse in appropriations for the federal government.

    b. The deposition of Cody Negrette was scheduled on October 28, 2025, but had to be vacated due to the lapse in appropriations for the federal government.

    c. The deposition of Chief Ranger Bradley Sones was scheduled on November 13, 2025, but had to be vacated due to the lapse in appropriations for the federal government.

    d. Defendant is in the process of using the HIPAA for Plaintiff Carlos Cardenas to obtain medical records. Defendant is awaiting to receive a signed HIPAA for Plaintiff Eric Orrantia in order to obtain his medical records.

    e. Defendant will need to reschedule the depositions of Plaintiffs Nicholas Davis and Greg Davis, Jr.

    f. The parties will need to disclose their experts and schedule their respective depositions and to take depositions of any other witnesses involved in this matter.

    g. Any and all other discovery that may be appropriate and applicable under the rules.

/ / /

/ / /

5

### 3. Reasons why discovery has not been completed

As indicated above, this Court has recently granted Plaintiffs Leia Martin, Cyrus Davis and Nicholas Davis' Motions to Withdraw as Counsel. ECF Nos. 42, 44. Discovery as to these Plaintiffs was stayed until October 27, 2025, to allow them to retain new counsel. On October 1, 2025, John M. Quinn, Esq. appeared on behalf of Plaintiff Cyrus Davis. ECF No. 45. Defense counsel had previously scheduled the deposition of Plaintiff Nicholas Davis in August, which was subsequently vacated due to Mr. Davis' unavailability to travel to Las Vegas. No future dates had been provided to attempt to reschedule this deposition. Additionally, Defense counsel had scheduled the deposition of Plaintiff Greg Davis Jr. in August and had to vacate it due to being advised that there was an emergency involving Mr. Davis Jr. Counsel for Greg Davis Jr. had recently informed Defense counsel that his client is incarcerated, which could potentially make rescheduling of his deposition difficult. Furthermore, Plaintiff Eric Orrantia is currently in prison in the Southern Nevada High Desert prison facility. This has presented the parties with difficulties in scheduling his deposition as it can only be conducted remotely and based on approved days by the Warden of the prison facility, which has resulted in further delay.

Defense counsel is awaiting to receive a signed HIPAA for Plaintiff Eric Orrantia in order to obtain his medical records.

The lapse in appropriations for the federal government which resulted in a government shutdown lasting forty-four (44) days substantially delayed matters further. The undersigned Assistant United States Attorney was in a furlough status and unable to perform any work on this case since the government shutdown began on October 1, 2025. On November 12, 2025, the United States Congress enacted, and the President signed, a continuing resolution restoring appropriations and funding for the Department of Justice until January 30, 2026. As of present, the Civil Defensive Division remains very busy, with only two (2) Assistant United States Attorneys handling defensive cases. This request for extension takes into account as well the upcoming holidays.

The parties' counsel conferred and agreed that one hundred and twenty (120) days extension would be proper. The parties agree that neither party will be prejudiced by the proposed extension, and that they may be prejudiced should the current schedule remain in place. The parties agree the extension is sought in good faith.

**4.      Proposed revised discovery schedule**

A 120-day extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| Scheduled Event | Current Deadline | **Proposed Deadline** |
|---|---|---|
| Amend Pleadings/Add Parties | 10/27/2025 | **02/24/2026** |
| Initial Expert Disclosures | 11/26/2025 | **03/26/2026** |
| Rebuttal Expert Reports | 12/29/2025 | **04/28/2026** |
| Discovery Cut Off | 01/26/2026 | **05/26/2026** |
| Dispositive Motions | 02/24/2026 | **06/24/2026** |
| Pre-Trial Order | 03/26/2026 | **07/24/2026**[1] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

7

If dispositive motions are filed, the joint pre-trial order would be due 30 days after a decision on such motions. Disclosures under Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

Respectfully submitted this 19th day of November 2025.

| MAIER GUTIERREZ & ASSOCIATES | SIGAL CHATTAH<br>First Assistant United States Attorney |
|---|---|
| /s/John M. Quinn<br>Jason R. Maier, Esq. (NV Bar No. 8557)<br>Joseph A. Gutierrez, Esq. (NV Bar No. 9046)<br>John M. Quinn, Esq. (NV Bar No. 16609)<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiffs Greg Davis, Jr., Eric Orrantia, Carlos Cardenas and Cyrus Davis* | /s/ Tamer B. Botros<br>TAMER B. BOTROS<br>Assistant United States Attorney<br>*Attorney for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 20, 2025

8