# EXHIBIT A

Email Regarding Meet and Confer

**Claus, Nathan (USANV)**

**From:** Claus, Nathan (USANV)
**Sent:** Friday, August 7, 2026 7:30 AM
**To:** jmq@mgalaw.com
**Cc:** bml@mgalaw.com; Covarrubias, Maria (USANV)
**Subject:** RE: Martin Leia v. US, 24-2116, Defendant's Request to Reopen Discovery Deadlines

Hi John,

I wanted to check in. If I don't hear anything today, I will try calling on Monday.

Thanks!

---

**From:** Claus, Nathan (USANV)
**Sent:** Wednesday, August 5, 2026 8:30 AM
**To:** jmq@mgalaw.com
**Cc:** bml@mgalaw.com; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>
**Subject:** Martin Leia v. US, 24-2116, Defendant's Request to Reopen Discovery Deadlines

Hi John,

Defendant is going to ask the Court for a 60-day extension on discovery along with reopening the rebuttal expert deadline for the reasons outlined below.

Defendant believes that Mr. Melton was misleading about the use of AI on his expert report for this case. He took the position repeatedly in the deposition that he did not substantially use AI to draft or make his report. However, in an earlier case of *Villanueva v. LVMD et al*, 2:24-CV-00125-ART-DJA, he provided deposition testimony that he used ChatGPT extensively to draft that expert report. That deposition happened on October 1, 2025. There was a subsequent motion to compel that was filed, briefed, and argued in front of Judge Albregts who issued an opinion requiring that Melton had to disclose his ChatGpt log to Plaintiff's counsel in January 2026. There has been an objection filed as it related to this order and as of this date, there does not appear to been a final ruling from Judge Traum.

Defendant believes that Mr. Melton maybe misleading about his use of AI in both his expert and rebuttal reports based on his experience on the above case. Defendant is currently working to retain Dr. Robert Leonard, Forensic Expert Witness in Linguistics and Language, who will opine about the likelihood that AI was used for Melton's reports. The retention process is expected to be completed in the next 30 days. However, Defendant expects that there will be targeted discovery requests related to this AI topic which could be completed in 60 days. Then Defendant will seek to have Dr. Leonard provide a rebuttal report that is focused on that core issue on AI usage, not any other arguments raised by Melton.

Defendant will seek to extend discovery for this narrow ground as discussed above. If you are amenable to an agreement on this, please let me know. If you will not agree or want more information, please let me know a couple times we could talk before Monday to complete the meet and confer requirement prior to Defendant filing.

Thanks!

**Nathan M. Claus**
**AUSA, Civil Defensive Section**
**District of Nevada**
501 Las Vegas Blvd South, Suite 1100
Las Vegas, NV 89101
(702) 388-6297
Nathan.Claus@usdoj.gov