# EXHIBIT B

Melton Martin's Deposition Transcript

A. I don't recall. It -- like you just said, it depends on the complexity of the case. It depends on how much -- how many people I got to look at or anything, so I -- I -- I don't think I can tell you that that's average or not average.
Q. And once again, what was the highest level of school education that you had?
A. Fourteen years.
Q. Fourteen?
A. So -- so -- I had -- I'm about 24 credits short of a bachelor's degree.
Q. Okay. Have you done any writing classes as part of that?
A. I did, yeah. I did writing.
Q. When -- when were those?
A. Oh, man. That was back in the '90s when I first started --
Q. Okay.
A. -- but yeah.
Q. Have you had writing classes since you became an expert?
A. No.
Q. Okay.
A. No.
Q. So the first rebuttal opinion you have

to sit there and go, Okay, tell me how to do this or rebut this or refute this or argue this or whatever. I don't -- I don't do any of that. It's not -- in this case, it's not necessary. It's pretty clear.

Q. In your prior experiences, how many reports have you written that are similar to these expert reports?

A. Rebuttals to experts?

Q. I guess what I'm asking is, you know, these are very lengthy reports. Your expert report was -- well, I can just pull it out -- was close to -- was 42 pages, and then your rebuttal was 37 pages. In your prior experience, how often were you writing reports at this kind of length?

A. You mean as a police officer?

Q. Yes.

A. No, I did not. I did not have to do that, except for maybe when I was in narcotics and I had to do a case, then I'd have long case -- you know, cases that I had to articulate. But as a lieutenant, no, I did not have to write very long reports.

Q. And in your -- your other expert cases, are these reports about -- you know, knowing every case is different, but is this length about average for your expert reports?

Q. Did you write any other rebuttal reports in this case?
A. I don't think so.
Q. Okay. Just wanted to make sure I wasn't missing something.
A. No. I think you got everything.
Q. Okay. Now, how did you -- when you first approached this report, how did you come up with your idea of how you were going to structure it?
A. Well, I just took her opinions and just broke her opinions down into each opinion and put my own in there.
Q. And if I remember correctly, and please correct me if I'm wrong, you testified earlier that your use of ChatGPT in this case was -- it did not provide any structure or information for you, correct?
A. No. I don't use ChatGPT to come up with my human experience writings. I don't do any of that.
Q. But do you use it to come up with your analytic framework?
A. No. Absolutely not. Now, I get all that from my own -- from my own knowledge, from my own human experiences, from my own personal -- the Grammarly helps me with my grammar and sentence structures and stuff like that, but I do not use Chat or any other AI

to sit there and go, Okay, tell me how to do this or rebut this or refute this or argue this or whatever. I don't -- I don't do any of that. It's not -- in this case, it's not necessary. It's pretty clear.

Q. In your prior experiences, how many reports have you written that are similar to these expert reports?

A. Rebuttals to experts?

Q. I guess what I'm asking is, you know, these are very lengthy reports. Your expert report was -- well, I can just pull it out -- was close to -- was 42 pages, and then your rebuttal was 37 pages. In your prior experience, how often were you writing reports at this kind of length?

A. You mean as a police officer?

Q. Yes.

A. No, I did not. I did not have to do that, except for maybe when I was in narcotics and I had to do a case, then I'd have long case -- you know, cases that I had to articulate. But as a lieutenant, no, I did not have to write very long reports.

Q. And in your -- your other expert cases, are these reports about -- you know, knowing every case is different, but is this length about average for your expert reports?